| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:10-CR-68(01) RM |
| | ) | |
| DARRELL CHOATE | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on June 22, 2010 [Doc. No. 10]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Darrell Choate's plea of guilty, and FINDS the defendant guilty of Counts 1 of the information, in violation of 21 U.S.C. § 841.

SO ORDERED.

ENTERED:   July 12, 2010

        /s/ Robert L. Miller, Jr.
Judge
United States District Court